UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUNGOAK CHA,

          Plaintiff,

   v.

METROPOLITAN LIFE INSURANCE COMPANY,

          Defendant.

Case No. 16-cv-03696-JD

**ORDER TO SHOW CAUSE AND VACATING HEARING**

On July 12, 2016, defendant Metropolitan Life Insurance Company filed a motion to dismiss the complaint in this action in its entirety pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Dkt. No. 13. Plaintiff has not filed a response to the motion.

Plaintiff is consequently ordered to show cause by **September 16, 2016** why the Court should not dismiss the case on the basis of her failure to oppose defendant's motion to dismiss.

The hearing on defendant's motion that was set for August 31, 2016 at 10 a.m. is **vacated**.

**IT IS SO ORDERED.**

Dated: August 25, 2016

JAMES DONATO
United States District Judge